■ The People of the State of New York, Respondent, v William L. Smith, Appellant. [26 NYS3d 721]—

McCarthy, J.P. Appeal from a judgment of the County Court of Warren County (Hall Jr., J.), rendered August 27, 2014, convicting defendant upon his plea of guilty of the crime of arson in the second degree.

Defendant pleaded guilty to arson in the second degree and his plea included a waiver of the right to appeal. Prior to sentencing, defendant moved to withdraw his plea. County Court denied the motion and thereafter sentenced defendant in accordance with the plea agreement to eight years in prison, to be followed by five years of postrelease supervision. Defendant now appeals.

Contrary to defendant's contention, his waiver of the right to appeal was valid. The record reflects that County Court distinguished the right to appeal from the rights automatically forfeited by a guilty plea, and defendant acknowledged that he signed the written waiver after conferring with counsel regarding its contents. Accordingly, defendant's waiver of the right to appeal was knowing, intelligent and voluntary (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Burritt*, 127 AD3d 1433, 1434 [2015]). Defendant's remaining contention, that his sentence is harsh and excessive, is precluded by his valid appeal waiver (*see People v Mayo*, 130 AD3d 1099, 1100 [2015]; *People v Almeida*, 127 AD3d 1499, 1500 [2015], *lv denied* 26 NY3d 1006 [2015]).

Egan Jr., Lynch, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed.